COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| FRANCISCO TARANGO and | | No. 08-09-00290-CV |
| SARA TARANGO, | § | |
| | | Appeal from |
| Appellants, | § | |
| | | County Court at Law No. 5 |
| v. | § | |
| | | of El Paso County, Texas |
| JAIME CHONG, | § | |
| | | (TC # 2009-J00077) |
| Appellee. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion for determination whether the appeal should be dismissed for want of prosecution. Finding that Appellants[1] have not filed a brief or a motion for extension of time, we dismiss the appeal.

On February 23, 2010, the Clerk of the Court notified Appellants that their brief was past due and no motion for extension of time had been received. The Clerk also informed the parties of the Court's intent to dismiss the appeal for want of prosecution unless, within ten days of the notice, a party responded showing grounds to continue the appeal. No response has been received as of this date.

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant has failed to file his brief in the time prescribed, and gives no reasonable explanation for such failure. TEX.R.APP.P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex.App.--San Antonio 1998, no writ). We have given notice of our intent to dismiss the appeal

---

[1] Appellant, Sara Tarango, is also referred to in the clerk's record as Sara Soto.

and requested a response if a reasonable basis for failure to file the brief or statement of facts exists, but we have received no response. We dismiss the appeal for want of prosecution pursuant to TEX.R.APP.P. 38.8(a)(1) and 42.3(c).


April 22, 2010

_____

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.